Filed 6/19/13  P. v. Winbush CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CHARLES C. WINBUSH,<br><br>    Defendant and Appellant. | 2d Crim. No. B243657<br>(Super. Ct. No. MA053800-01)<br>(Los Angeles County) |

Charles C. Winbush appeals from a judgment entered after an order revoking probation.  We affirm.

Winbush was convicted of second degree commercial burglary upon his no contest plea.  (Pen. Code, § 459.)  The trial court sentenced him to the upper term of three years, but suspended execution of the sentence and granted probation.  Winbush violated the terms and conditions of his probation.  He tested positive for hydrocodone for which he did not provide a prescription, and he tested positive for marijuana.  He did not complete court-ordered community service and did not enroll in required drug and domestic violence programs.  The court revoked his probation.

We appointed counsel to represent Winbush in this appeal.  After counsel's examination of the record, he filed an opening brief raising no issues.

On December 17, 2012, we advised Winbush that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Winbush's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The order is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.


We concur:


YEGAN, J.


PERREN, J.

Christopher G. Estes, Judge

Superior Court County of Los Angeles

_____


Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.